■ In the Matter of ANTWAN THOMPSON, Appellant, v ANTHONY J. ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. (Appeal No. 1.) [24 NYS3d 573]—Appeal from a judgment of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), dated April 28, 2014 in a proceeding purusant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985, 985 [1990]). Present—Whalen, P.J., Peradotto, Carni, Lindley and DeJoseph, JJ.